IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01345-LTB

JAMES K. CONKLETON,

    Plaintiff,

v.

RICK RAEMISCH, Executive Director of the Colorado Department of Corrections
    (CDOC), in his official capacity,
BRANDON SHAFFER, Chairman, Colorado Board of Parole, in his official capacity,
ALFREDO PENA, Member, Colorado Board of Parole, in his official capacity,
DENISE BALAZIC, Member, Colorado Board of Parole, in her official capacity,
BART COX, Treatment Provider for the CDOC Sex Offender Treatment and
    Management Program (SOTMP), in his official capacity,
MICHAEL FLOYD, Contract Polygrapher of Amich & Jenks, Inc., in his official capacity,
ANN NEWMAN, Treatment Provider for the CDOC SOTMP, in her official capacity,
SAMUEL DUNLAP, Treatment Provider for the CDOC SOTMP, in his official capacity,
LEONARD WOODSON, Treatment Provider for the CDOC SOTMP, in his official
    capacity,
JEFF JENKS, Contract Polygrapher/Sex Offender Management Board (SOMB)
    member, in his official capacity,
COLTON McNUTT, Treatment Provider for the CDOC SOTMP, in his official capacity,
    and
SOTMP TREATMENT TEAM, in its official capacity,

    Defendants.

---

## ORDER REINSTATING CASE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on March 20, 2015, this civil action will be reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on March 20, 2015. It is

FURTHER ORDERED that the case shall be reassigned to the pro se docket.

DATED at Denver, Colorado, this   25th   day of     March    , 2015.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court